UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGE E. BAILEY,

Plaintiff,

v.

AMERICAN EXPRESS
FINANCIAL ADVISORS, INC.,

Defendant.

CIVIL NO. 00-544 (RHK/JMM)

ORDER

It appears that more than ninety (90) days have elapsed since suit was filed and that no appearance has been entered by Defendant American Express Financial Advisors, Inc.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an Answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, Plaintiff is directed to:

1. Notify defense counsel immediately that he is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within ten (10) days; or

3. Advise the Court in writing of any good cause to the contrary.

FILED OCT 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Unless Plaintiff complies with this Order by October 31, 2000, this case will be dismissed for lack of prosecution.

Dated: October 3, 2000

JOHN M. MASON
United States Magistrate Judge