# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

George E. Bailey

Case No. Civil 00-544RHK/JMM

v.

JUDGMENT IN A CIVIL CASE

American Express Financial Advisors, (IDS)

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion is dismiss is GRANTED; and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATE: November 20, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk